# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2014

148767

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MARIAM BAZZI, Personal Representative of
the Estate of Alexandrea Ghadia Allard,
        Plaintiff-Appellee,

v

                                          SC: 148767
                                          COA: 317249
                                          Wayne CC: 13-000127-NH

INDIRA I. ONWUZURIKE, M.D., NANCY
GOLDMAN CUTLER, M.D., and WILLIAM
BEAUMONT HOSPITAL,
        Defendants-Appellants.

_____/

        On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.





        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2014

t1118

Clerk